SAM S. FOX, Respondent, v. NATIONAL HOSPITAL MEAT CORP., INC., and Others, Appellants.— Order so far as appealed from modified by providing that the bill of particulars be served before the examination before trial, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

GARSAU REALTY CORPORATION, Respondent, v. CARMAN LOMBARDO, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of GEORGENA H. JAHN, Respondent, for a Mandamus Order to Inspect the Books and Records of C. J. OSBORN CO., INC., against SELENA OSBORN and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MARY CROWELL, Respondent, v. MERLE CROWELL, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

UNITED STATES GUARANTEE COMPANY, Appellant, v. NATALE D'AMATO, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinon. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Martin, P. J., and Untermyer, J., dissent and vote for reversal.

ELSHA BERTRAM, Respondent, v. JEAN WHITING SPALDING, as Executrix, etc., of JESSE SPALDING, Deceased, Defendant, Impleaded with JOHN TUCKER and Another, Doing Business, etc., Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

EVA ROTKIN HABERMAN, Respondent, v. HARRY HABERMAN, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

EMIL F. FONDER and Others, on Behalf of Themselves and All Other Stockholders of AMERICAN AUSTIN CAR COMPANY, INC., etc., Respondents, v. SAMUEL H. VALLANCE and Others, Defendants, Impleaded with AMERICAN AUSTIN CAR COMPANY, INC. (Appearing Specially), Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HAGOP KEVORKIAN, Respondent, v. HAROLD T. WHITE and Others, Appellants. — Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HANS TAUSCHER, Plaintiff, v. TITUS DE BOBULA, Defendant. FOSTER & CUTLER, Appellants; MAURICE E. DOWNING, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Townley and Untermyer, JJ., dissent and vote for reversal.